**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE: CASE NO.: 26-bk-01904-BAJ

MARION J. COLLINS,
Debtor.
______________________________/

**MOTION TO VACATE ORDER OF DISMISSAL DATED AUGUST 6, 2026**

**COMES NOW** the Debtor, MARION J. COLLINS**,** by and through the undersigned attorney, and respectfully represent as follows:

1. Movant is the Debtor herein. The case has been dismissed pursuant to Section 1307 of the United States Bankruptcy Code and the Trustee has been discharged.

2. Movant desires to set aside the Order of Dismissal, dated August 6, 2026, in order to save his home and reorganize his debts.

3. The case was dismissed for failure of the Debtor to timely provide financial documents. The Debtor would state that he now has the tax returns filed and has his income documents on hand and can provide them to the Trustee immediately.

4. The Debtor therefore requests that this Honorable Court set aside the Order Of Dismissal previously entered in this case and allow the Debtor to continue with his case.

**WHEREFORE,** Movant prays for an order pursuant to Section 350(b) of the Code directing that the Order of Dismissal be vacated and set aside, that the Debtor be allowed to complete his Chapter 13 Bankruptcy, and that the Movant have such other and further relief as is just.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished electronically to Douglas Neway, Trustee, Post Office Box 4308, Jacksonville, FL 32202 this 10th day of August, 2026.

**DATED: August 10, 2026**


**ELROD & ELROD, P.A.**

/s/ Robert W. Elrod, Jr.
**ROBERT W. ELROD, JR.**
FL Bar #: 184446
233 East Bay Street
1032 Blackstone Building
Jacksonville, Florida 32202
(904) 356-1282/Fax:356-6268
Attorney for Debtor